SCWC-29851

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

FRANCISCO ABADILLA, JR., Respondent/Plaintiff-Appellant,

vs.

SANFORD IWATA, Petitioner/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29851; CIVIL NO. 07-1-36)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on April 12, 2013 by Petitioner/Defendant-Appellee Sanford Iwata is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be held in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, May 24, 2013.

Gregory K. Markham,                /s/ Mark E. Recktenwald
Keith K. Kato,
for petitioner                     /s/ Paula A. Nakayama

Steven K. Hisaka,                  /s/ Simeon R. Acoba, Jr.
for respondent
                                   /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

